IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHAN STOWERS,** | CIV-S-05-2067 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

This Court hereby grants Respondent's request for an enlargement of time to and including January 2, 2006, to complete and file a responsive pleading.

IT IS SO ORDERED:

Dated: 12/7/05

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

[Proposed] Order

1

1  st2067.eot

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order