IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHAN STOWERS,                        No. 2:05-cv-2067-MCE-GGH-P

       Petitioner,

  v.                                    <u>ORDER</u>

MIKE EVANS, et al.,

       Respondents.

—————————————————————/

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 29, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1 Respondent has filed Objections to the Findings and

2 Recommendations.

3    In accordance with the provisions of 28 U.S.C. §

4 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de

5 novo review of this case.  Having carefully reviewed the entire

6 file, the Court finds the Findings and Recommendations to be

7 supported by the record and by proper analysis.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.  The Findings and Recommendations filed March 29, 2006,

10 are adopted in full; and

11    2.  Respondent's January 31, 2006 Motion to Dismiss is

12 denied and respondent is ordered to file an Answer to the

13 Petition within thirty (30) days of the date of this Order;

14 Petitioner's Reply is due thirty (30) days thereafter.

15 DATED: June 14, 2006

16

17

18 _____
   MORRISON C. ENGLAND, JR

19 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26