IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHAN STOWERS,** | CIV-S-05-2067 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

This Court hereby grants Respondent's application for an enlargement of time to and including August 14, 2006, to complete and file a responsive pleading.

Dated: 7/17/06     /s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

stow2067.ext

[Proposed] Order