1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEPHAN STOWERS,

11              Petitioner,              No. CIV S-05-2067 MCE GGH P

12        vs.

13   MIKE EVANS, et al.,

14              Respondent.             ORDER

15   _____/

16              Good cause appearing, IT IS HEREBY ORDERED that petitioner's application

17   for an enlargement of time to file a reply to the answer is granted; petitioner's reply is due on or

18   before November 15, 2006.

19   DATED:   11/2/06

20                                      /s/ Gregory G. Hollows
                                        _____
21                                      GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE
22   stow2067.eot

23

24

25

26

                                      1