1

**VICTOR S. HALTOM**
Attorney at Law
2 State Bar No. 155157
428 J Street, Suite 350
3 Sacramento, CA 95814
Telephone: (916) 444-8663
4 Facsimile: 444-1546
*e-mail: vshjah@aol.com*
5

Attorney for Petitioner
6 **STEPHAN STOWERS**

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12   **STEPHAN STOWERS**,                    )        CIV-S-05-2067 MCE GGH P
                                             )
13                    Petitioner,            )        **ORDER**
                                             )
14   v.                                      )
                                             )
15   **MIKE EVANS**, Warden, et al.,         )
                                             )
16                    Respondents.           )
     _____        )
17

18           GOOD CAUSE APPEARING,

19           IT IS HEREBY ORDERED that Petitioner's application for an enlargement

20   of time until December 18, 2006 is granted.  On or before December 18, 2006,

21   petitioner shall file his traverse.

22

23   DATE: 11/28/06                          /s/ Gregory G. Hollows
                                             HON. GREGORY G. HOLLOWS
24                                           United States Magistrate Judge

25

26

27   stow2067.eot

28