IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHAN STOWERS,

           Petitioner,             No. CIV S-05-2067 MCE GGH P

   vs.

MIKE EVANS, et al.,

           Respondent.         ORDER

_____/

        Petitioner has filed his third request for extension of time to file a reply to respondent's answer.  Good cause appearing, IT IS HEREBY ORDERED that petitioner's reply is due on or before January 18, 2007.

DATED: 1/3/07                 /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

stow2067.eot(2)

1