**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**STEPHAN STOWERS**

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHAN STOWERS**, | CIV-S-05-2067 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS**, Warden, et al., | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until January 25, 2007 is granted. On or before January 25, 2007, petitioner shall file his traverse.

DATE: 1/29/07                                /s/ Gregory G. Hollows
                                             _____
                                             HON. GREGORY G. HOLLOWS
                                             United States Magistrate Judge

stow2067.eot(4)