IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHAN STOWERS,

    Petitioner,        No. CIV S-05-2067 MCE GGH P

  vs.

MIKE EVANS, et al.,

    Respondents.      <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's application for an enlargement of time until July 18, 2008, to file his objections to the findings and recommendations is granted; on or before July 18, 2008, petitioner shall file his objections.

DATED: 06/10/08

                                      /s/ Gregory G. Hollows
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

stow2067.eot