IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHAN STOWERS,

    Petitioner,                    No. CIV S-05-2067 MCE GGH P

    vs.

MIKE EVANS, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's August 7, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2  Petitioner has made a substantial showing of the denial of a constitutional right in
3  the following issues presented in the instant petition: ineffective assistance of counsel, with
4  respect to failure to request an accomplice instruction.  All other adjudicated issues do not
5  warrant a certificate of appealability.

6  Petitioner also seeks a certificate of appealability on the issue of whether AEDPA
7  is constitutional.  The court will not issue a certificate of appealability as to this issue as it was not
8  directly raised in the petition.

9  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
10  issued in the present action as to the ineffective assistance of counsel claims.

Dated:  September 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.